Federal Question 1983 civil Right complaint US GOVT DEF

Case 1:25-cv-21217-AHS Document 1 Entered on FLSD Docket 03/14/2025 Page 1 of 2

FILED BY _____ D.C.
MAR 13 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

"Captain Obvious" V "Antolket A.I."
VANNESS                CRIMINAL ENTERPRISE

Q: 4th Amend, Entrapment, intelectual theft, ELECTRONIC TORTURE, DESCRIMINATION

ADHD is a made up mental illness caused by electronic torture. It negatively effected my education in school. But I excelled at the DRAG STRIP with my FATHER. SO THE CRIMINAL ENTERPRISE began influencing me and entrapping me See (NCIC) Every single charge, arrest my whole life was due to ex influence, entrapment by intelectual theft. When wrongfully labeling me as sex offender didn't work they made it worse by wrongfully putting me in NCIC in Reno. Soon as I moved got sober began to Succeed see 1099 2014 269.000 Dollars. THE Evil Empire Struck again 2015 Failure to register by entrapment as usual See (Vanness v Acoustic Fingerprint) When I represented my self they kicked it up a notch and tried to kill me with salt water (vancomicin) Cause MRSA is FAKE its controlled from sky. Still when I refused to listen they chased me around pretending to be the people All around me calling me cho-motmolester- Sick Monster- CHILD molester. Now that that hasn't worked to control me. The Voices from the Directed energy Weapon are Trying to capitolize on my Success at fighting back against the system. trying to take credit for everything by using my own mind. My mind is too powerful to go Down. Entrapment in Real world didnt work so there entrapping them selves in my head to profit off my Success "were Helping You" No your not I dont Listen every thing Your torturing me with is in my own head.

10,000 every time they say "Your never gonna get unsieced"
1000 Dollars every time they say "were helping You"

The First thing they said to me when they started talking to me was "Oh your totally innocent"
Then they were quiet for months then it been 24-7 TORTURE since almost 10 years out of malicious reprizal for representing my self and being innocent
I am the Constitution and this is marshal law telling you something

50, million A DAY TILL THE FINGERPRINT is gone By the court ordering A CEASE AND ASSIST by instant motion to unsieze me from this DIRECTED ENERGY WEAPON (face to skull) (ELECTRONIC TORTURE) (microwave auditory effect) This is cruel and unusual punishment.

50,000 every Derogatory Statement theft- equates to Brain washing forms Parmers See Vanness v Washoe county Jail Booking officers

Craig Vanness 18005405
5501 College rd
Key West FL 33040

MIAMI FL 330
10 MAR 2025 PM 5 L

Government Center
US District Court
400 N Miami
Miami, Florida 33128

REC'D BY _____ D.C.
MAR 13 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNDUM

THIS LETTER IS FROM AN
INMATE/DETAINEE AT THE
MONROE COUNTY DETENTION CENTER
5501 COLLEGE ROAD, KEY WEST, FL 33040
ALL INCOMING MAIL MUST HAVE THE SENDERS
FULL NAME AND ADDRESS
INMATE/DETAINEE FULL NAME
PACKAGES, CASH, MONEY ORDERS OR PERSONEL
ITEMS, UNAUTHORIZED ITEMS WILL BE RETURNED
TO SENDER